# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**MICHELLE AVERY BEY,**

          **Plaintiff,**

**v.**                                                Case No:   23-2125-EFM

**DAVID HARPER, MATTHEW WILLARD, TYRONE GARNER, ROBERT BURNS, WENDY GREEN, and DONALD TRACY,**

          **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED that:

pursuant to the Memorandum and Order, Doc. 62, filed on August 2, 2023, Defendant Donald Tracy's Motions for Summary Judgement, Docs 19 & 23, are Granted.  Defendants Matthew Willard, Tyrone Garner, and Wendy Green's Motion to Dismiss, Doc. 27, is Granted.  Defendant David Harper's Motion to Dismiss, Doc. 38, is Granted.  Defendant Robert Burns's Motion to Dismiss, Doc. 47, is Granted.

This case is closed.

  August 2, 2023                                          SKYLER O'HARA  
      Date                                                        CLERK OF THE DISTRICT COURT

                                                                       by:  s/  Cindy McKee  
                                                                          Deputy Clerk